IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER THORNSBERRY                                                              PLAINTIFF

     v.                              Civil No.  5:16-cv-05281

JUDGE ROBIN GREEN; PROSECUTING
ATTORNEY CARRIE DOBBS; STATE OF
ARKANSAS; and UNITED STATES OF AMERICA                                    DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE .  The Clerk is instructed to put a 28 U.S.C. § 1915(g) strike flag on the case.

IT IS SO ADJUDGED this 15th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE