IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER THORNSBERRY                                                        PLAINTIFF

v.                                       No. 5:16-CV-05281

JUDGE ROBIN GREEN; PROSECUTING
ATTORNEY CARRIE DOBBS; STATE OF
ARKANSAS; and UNITED STATES OF
AMERICA                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 13) from United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends the Court deny Plaintiff's motion (Doc. 12) for leave to appeal in forma pauperis.  The Court has reviewed this case and finds that the report is proper, contains no clear error, and should be and herby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's motion for leave to appeal in forma pauperis (Doc. 12) is DENIED.  The Clerk is directed to provide notice of this decision to the parties and the Court of Appeals pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A).

IT IS SO ORDERED this 2nd day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE